**JAMES TALCOTT, INC., Petitioner,**

v.

**Honorable Frank M. SCARLETT, Judge, United States District Court for the Southern District of Georgia, Savannah, Georgia, Respondent.**

No. 24334.

United States Court of Appeals
Fifth Circuit.

April 17, 1967.

Joseph M. Oliver, Savannah, Ga., Francis J. Ryan, Jr., New York City, for petitioner.

John R. Calhoun, Savannah, Ga., for respondent.

Before TUTTLE, Chief Judge, AINSWORTH, Circuit Judge, and FULTON, District Judge.

PER CURIAM:

It appearing in this application for writ of mandamus that the respondent, Honorable Frank M. Scarlett, has entered an order for a new trial on a ground which was not urged by the losing party in the litigation in the trial court, but on a ground that a careful study of the record clearly indicates warranted the grant of new trial, and the grant or denial of a petition for extraordinary writ of mandamus being addressed to the discretion of this court, we conclude that the application should and the same is hereby

Denied.

**Davis LEE, Appellant,**

v.

**J. C. RITSCH et al., Appellees.**

No. 23716.

United States Court of Appeals
Fifth Circuit.

April 17, 1967.

Davis Lee, pro se.

R. E. Bradford, H. B. Edwards, Jr., Valdosta, Ga. (Bradford & Bradford, Valdosta, Ga., on the brief), for appellees Georgia Christian Institute & Wm. J. Long, Superintendent.

Before TUTTLE, Chief Judge, AINSWORTH, Circuit Judge, and FULTON, District Judge.

PER CURIAM:

This case demonstrates the difficulties encountered by a layman seeking to vindicate his rights in court without the aid of counsel. Nevertheless it also indicates the degree to which the trial court endeavored to protect the rights of the plaintiff before he finally concluded that it was necessary to dismiss the complaint for want of prosecution. No error appearing in the record, the judgment must be

Affirmed.